IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER DALE MEDICINE HORSE, SR.,<br><br>Defendant. | CR 16-62-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Early Termination of Probation (Doc. 34), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Tyler Dale Medicine Horse, Sr.'s probation is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 17th day of July, 2018.

SUSAN P. WATTERS
United States District Judge